**FILED**
December 18, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | Case No. 2:13CR00300-GEB-1 |
| Plaintiff,                    ) | |
| v.                            ) | ORDER FOR RELEASE OF |
|                               ) | PERSON IN CUSTODY |
| JOHN HOLLISTER MAHAN,         ) | |
|                               ) | |
| Defendant.                    ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOHN HOLLISTER MAHAN__ , Case No. __2:13CR00300-GEB-1__ , Charge __21USC § 846, 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✔ (Other)       __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __December 18, 2013__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
        Allison Claire
        United States Magistrate Judge

Copy 2 - Court