HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RUSSELL EUGENE GILMORE, et al.,<br>Defendants. | Case No. 2:13-cr-300 GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 4, 2014; EXCLUDE TIME<br><br>Date: April 4, 2014<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 28, 2014.

2. By this stipulation, defendants now move to continue the status conference until April 4, 2014 at 9:00 a.m., before the Honorable Garland E. Burrell Jr. and to exclude time between February 24, 2014 and April 4, 2014 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

a. Counsel for defendant, GILMORE, is in trial before Judge Shubb in case *US v. Longley, et al.*, (11-cr-511 WBS).

b. The government has produced initial discovery associated with this case.

c. Counsel for defendants request additional time to review discovery, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

d. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. The government does not object to the continuance.

f. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

g. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between the date of the parties' stipulation, February 24, 2014 and the new status conference on April 4, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 24, 2014

BENJAMIN B. WAGNER
United States Attorney

*/s/ Samuel Wong*
SAMUEL WONG
Assistant United States Attorney

DATED: February 24, 2014

*/s/ Patrick K. Hanly*
PATRICK K. HANLY
Counsel for Defendant
John H. Mahan

DATED: February 24, 2014

*/s/ Matthew Bockmon*
MATTHEW C. BOCKMON
Counsel for Defendant
Russell E. Gilmore

DATED: February 24, 2014

*/s/ Michael Bigelow*
MICHAEL BIGELOW
Counsel for Defendant
Richard D. Hemsley

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time beginning from the parties' stipulation on February 24, 2014, up to and including the April 4, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated: February 25, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge