Patrick K. Hanly (SBN 128521)
980 9th Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 449-9543

Attorney for Defendant
JOHN HOLLISTER MAHAN

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN HOLLISTER MAHAN, et al.<br><br>Defendants. | Case No: 13-0300 GEB<br><br>**STIPULATION REGARDING ADDITIONAL PRE TRIAL RELEASE CONDITION**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: Honorable<br>GARLAND E. BURRELL JR. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate and agree to add the following condition to defendant JOHN HOLLISTER MAHAN's existing conditions of pre-trial release:

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

**IT IS SO STIPULATED AND AGREED.**

|  |  | UNITED STATES ATTORNEY |
|---|---|---|
| DATED: 5-13-2014 | By: | /s/ Samuel Wong<br>Assistant United States Attorney |
| DATED: 5-13-2014 |  | /s/ Patrick K. Hanly<br>Counsel for Defendant<br>John H. Mahan |

## O R D E R

**IT IS SO ORDERED**.

Dated: May 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge