HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-300 GEB |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE TO |
| v. | ) ) | APRIL 4, 2014; EXCLUDE TIME |
| RUSSELL EUGENE GILMORE, et al., | ) ) | Date:  September 12, 2014 Time:  9:00 a.m. |
| Defendants. | ) ) | Judge: Hon. Garland E. Burrell, Jr. |

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their respective counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 8, 2014.

2. By this stipulation, defendants now move to continue the status conference until September 12, 2014 at 9:00 a.m., before the Honorable Garland E. Burrell Jr. and to exclude time between August 6, 2014 and September 12, 2014 under Local Code T4. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has produced initial discovery associated with this case.

   b. Counsel for defendants request additional time to review discovery, to conduct investigation and research related to the charges, to discuss potential resolutions with their clients, and to otherwise prepare for trial.

      c.    Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d.    The government does not object to the continuance.

      e.    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the best interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

      f.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period between the date of the parties' stipulation, August 6, 2014 and the new status conference on September 12, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the time period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 6, 2014                    BENJAMIN B. WAGNER  
                                       United States Attorney

                                       */s/ Samuel Wong*  
                                       SAMUEL WONG  
                                       Assistant United States Attorney

DATED: August 6, 2014                 */s/ Patrick K. Hanly*  
                                       PATRICK K. HANLY  
                                       Counsel for Defendant  
                                       John H. Mahan

| | |
|---|---|
| DATED: August 6, 2014 | /s/ Matthew Bockmon<br>MATTHEW C. BOCKMON<br>Counsel for Defendant<br>Russell E. Gilmore |
| DATED: August 6, 2014 | /s/ Michael Bigelow<br>MICHAEL BIGELOW<br>Counsel for Defendant<br>Richard D. Hemsley |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the representation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. It is ordered that time beginning from the parties' stipulation on August 6, 2014, up to and including the September 12, 2014, status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h) (7) (A) and (B) (iv) and Local Code T 4, to allow defense counsel reasonable time to prepare.

IT IS SO ORDERED.

Dated:  August 7, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge