1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MATTHEW C. BOCKMON, #161566
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant
    RUSSELL EUGENE GILMORE
6

7                   UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,          )   Case No. 2:13-cr-300 GEB
                                        )
10              Plaintiff,              )   STIPULATION AND [PROPOSED] ORDER
                                        )   TO CONTINUE TRIAL CONFIRMATION
11       v.                             )   HEARING AND TRIAL TO OCTOBER 20,
                                        )   2015
12   RUSSELL EUGENE GILMORE, et al.,    )
                                        )   Date:    August 7, 2015
13              Defendants.             )   Time:    9:00 a.m.
                                        )   Judge:   Hon. Garland E. Burrell, Jr.
14   _____)

15          IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

16   through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather

17   Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney

18   for Russell E. Gilmore, Mark Reichel, attorney for John H. Mahan and Michael Bigelow,

19   attorney for Richard D. Hemsley, that the Trial Confirmation Hearing scheduled for July 10,

20   2015 and the Trial scheduled for July 28, 2015 be vacated and continued to August 7, 2015 and

21   October 20, 2015, respectively, at 9:00 a.m.

22          For the reasons stated below, all defense counsel requires additional time up until the

23   proposed October 20, 2015, trial date for trial preparation.  All counsel need additional time to

24   receive and review GILMORE's and any other recorded statement on September 7, 2012.

25          Legal counsel for GILMORE  is scheduled for a medical procedure during the currently

26   scheduled trial. Second counsel for GILMORE will be out of the country during the currently

27   scheduled trial.

28

Stipulation to Continue                    -1-                    *United States v. Mahan, et al.*, 2:13-cr-300 GEB

1    Counsel for HEMSLEY is currently in jury trial in *United States v. Palamarchuk*, Case

2    No. 2:11-cr-450 TLN.

3    Counsel for MAHAN is currently set for a 4 week murder trial on August 5, 2015 in

4    Calaveras County Superior Court, *In Re Isiah F*, Case No 13JW 5445. The case was filed in May

5    2013. Counsel has been the attorney for the minor defendant charged with murder in violation of

6    California Penal Code 187, since May 2013. The trial has been delayed several times because of

7    delays in the DNA forensics. The trial will start that day. Law Partner Steve Plesser will be on

8    the case as well, however the People are represented by two District Attorney prosecutors and

9    the defense has always anticipated two defense attorneys.

10   The case involves over 50 witnesses for the people and numerous experts in various

11   areas, including audio experts as to sound, DNA experts on blood saliva and semen. It is not

12   possible for Mr. Plesser to handle the case by himself.  Because of DNA experts, the age of the

13   minor, the time in custody, availability of the Judge assigned to the matter for all purposes, the

14   case cannot and will not be continued.

15   Counsel for MAHAN is set for trial in *United States v. Sakhanisky*, 2:13-cr-160 MCE, on

16   August 10, 2015, with a motion to continue, which is opposed by the government, set to be heard

17   on July 9, 2015.  That trial is expected to be 3 weeks in length. The charges are arson and

18   insurance fraud against two defendants.  This is a very large case about the cause and origin of

19   the fire, and the alleged fraud thereafter.

20   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be

21   excluded from this order's date through and including October 20, 2015,  pursuant to 18 U.S.C.

22   §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare and continuity of counsel] and General

23   Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

24   / / /

25   / / /

26   / / /

27

28

1    IT IS SO STIPULATED.

2                                           HEATHER E. WILLIAMS
                                            Federal Defender
3

4    DATED: July 8, 2015                    */s/ Matthew Bockmon*
                                            MATTHEW C. BOCKMON
5                                           Assistant Federal Defendant
                                            Attorney for Defendant
6                                           Russell E. Gilmore

7

8    DATED: July 8, 2015                    */s/ Mark Reichel*
                                            MARK REICHEL
9                                           Attorney for Defendant
                                            John H. Mahan
10

11

12   DATED: July 8, 2015                    */s/ Michael Bigelow*
                                            MICHAEL BIGELOW
13                                          Attorney for Defendant
                                            Richard D. Hemsley
14

15   Dated: July 8, 2015                    BENJAMIN B. WAGNER
                                            United States Attorney
16
                                            */s/ Samuel Wong*
17                                          SAMUEL WONG
                                            Assistant United States Attorney
18                                          Attorney for Plaintiff

19

20

21

22

23

24

25

26

27

28

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including October 20, 2015, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare and continuity of defense counsel] and General Order 479, (Local Code T4). **It is further ordered** that the July 10, 2015 Trial Confirmation Hearing shall be continued to August 7, 2015 at 9:00 a.m. and the July 28, 2015 Trial shall be continued until October 20, 2015, at 9:00 a.m.

Dated:  July 8, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge