HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW C. BOCKMON, #161566
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RUSSELL EUGENE GILMORE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-300 GEB |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| | ) | TO CONTINUE MOTION IN LIMINE |
| v. | ) | BRIEFING SCHEDULE AND HEARING |
| | ) | |
| RUSSELL EUGENE GILMORE, et al., | ) | Date:    October 16, 2015 |
| | ) | Time:    9:00 a.m. |
| Defendants. | ) | Judge:  Hon. Garland E. Burrell, Jr. |
| | ) | |

IT IS HEREBY STIPULATED by and between Benjamin Wagner, U.S. Attorney,

through Samuel Wong Assistant United States Attorney, attorney for Plaintiff, and Heather

Williams, Federal Defender, through Assistant Federal Defender Matthew C. Bockmon, attorney

for Russell E. Gilmore, Mark Reichel, attorney for John H. Mahan and Michael Bigelow,

attorney for Richard D. Hemsley, that the motion in limine briefing schedule be modified as

follows:

Motions due: October 30, 2015

Oppositions due: November 6, 2015

Reply due: November 13, 2015.

It is further stipulated that the Motion Hearing currently set for October 16, 2015 be

vacated and set to November 20, 2015 at 9:00 a.m.

Speedy trial time has previously been excluded until December 1, 2015 under 18 U.S.C.

§ 3161 (h)(7)(B) (iv) (Local Code T4).

1   IT IS SO STIPULATED.

2                                    Respectfully submitted,

3                                    HEATHER E. WILLIAMS
                                     Federal Defender
4

5   DATED: October 14, 2015          */s/ Matthew Bockmon*
                                     MATTHEW C. BOCKMON
6                                    Assistant Federal Defendant
                                     Attorney for Defendant
7                                    Russell E. Gilmore
8

9   DATED: October 14, 2015           */s/ Mark Reichel*
                                     MARK REICHEL
10                                   Attorney for Defendant
                                     John H. Mahan
11

12
    DATED: October 14, 2015          */s/ Michael Bigelow*
13                                   MICHAEL BIGELOW
                                     Attorney for Defendant
14                                   Richard D. Hemsley

15
    Dated: October 14, 2015          BENJAMIN B. WAGNER
16                                   United States Attorney

17                                   */s/ Samuel Wong*
18                                   SAMUEL WONG
                                     Assistant United States Attorney
19                                   Attorney for Plaintiff

20

21

22

23

24

25

26

27

28

<u>ORDER</u>

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court finds that the ends of justice to be served by granting the requested briefing schedule and continuance outweigh the best interests of the public and defendant in a speedy trial. Under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4) time remains excluded until December 1, 2015.

It is further ordered that the October 16, 2015 motions hearing be vacated, and be set for November 20, 2015 at 9:00 a.m.  The proposed briefing schedule is adopted.

Dated:  October 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge