# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
OCT 23 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 2:13-CR-00300-GEB-1 |
| ) | |
| John Hollister Mahan ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __John Hollister Mahan__, have discussed with __Julia Morris__, Pretrial Services Officer, modifications of my release conditions as follows:

Add the following condition of release: You shall participate in the Better Choices Court program and comply with all the rules and regulations of the program. You shall remain in the program until released by a pretrial services officer. In accordance with this condition, you must appear before the Honorable Allison Claire, Courtroom 26, on November 17, 2015, at 10:30 a.m.

Reason for modification: The defendant tested positive for marijuana on October 9, 2015. Alere Toxicology confirmed the positive urine surveillance on October 14, 2015.

Pretrial Services concurs with the modification. All other conditions shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  10/19/15    _____  10/22/15
Signature of Defendant    Date        Signature of Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____           10/22/15
Signature of Assistant U.S. Attorney   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____           10-19-15
Signature of Defense Counsel       Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on __10/23/15__

☐ The above modification of conditions of release is *not* ordered.

_____           10/23/15
Judicial Officer Signature         Date